# United States District Court
# For The Western District of North Carolina
# Statesville Division

RICKY EUGENE EVERHART,

    Petitioner,                JUDGMENT IN A CIVIL CASE

vs.                              5:11CV119

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT.  This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 20, 2012 Order.

Signed: August 20, 2012

Frank G. Johns, Clerk
United States District Court